### (December 12, 1985)

■ In the Matter of RICHARD T. VINESKI, Appellant, v ROBERT J. HENDERSON, as Superintendent of Auburn Correctional Facility, Respondent.—Appeal from a judgment of the Supreme Court at Special Term (Walsh, Jr., J.), entered April 27, 1984 in Washington County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Commissioner of Correctional Services finding petitioner guilty of violating a prison disciplinary rule.

This proceeding should be dismissed as moot *(see, Matter of Gonzalez v Jones,* 115 AD2d 849).

Proceeding dismissed as moot, without costs. Mahoney, P. J., Casey, Weiss and Levine, JJ., concur.

Kane, J., dissents in the following memorandum. Kane, J. (dissenting). I respectfully dissent for the reasons I stated in *Matter of Gonzalez v Jones* (115 AD2d 849).